IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:14-cv-00405-RPM

JAMES THOMPSON

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Defendant.
_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF AGAINST DEFENDANT**
_____

This matter is before the Court on the Stipulated Motion for Dismissal with Prejudice of All Claims by Plaintiff against Defendant.  The Court, having reviewed the Stipulated Motion and being otherwise fully apprised in the premises, hereby GRANTS the Stipulated Motion and ORDERS that:

All claims brought or which could have been brought in this action by Plaintiff against Defendant shall be dismissed WITH PREJUDICE.  Each party shall bear his or its own attorneys' fees and costs

Dated this 24th day of October, 2014.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge

1